U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CLARENDON NATIONAL INSURANCE COMPANY
v.
MARIA MEDINA, GUILLERMO MEDINA, TOWN TRUCKING COMPANY, JERRY SCHULMAN and MARY FALAT-SCHULMAN, Co-Administrators of the estate of MICHAEL WALTER SCHULMAN, Deceased

Case Number:
FILED: JULY 25, 2008
08CV4245
JUDGE KENDALL
MAGISTRATE JUDGE MASON

LI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CLARENDON NATIONAL INSURANCE COMPANY

| NAME (Type or print) |
| --- |
| Edmund A. Stephan, III |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Edmund A. Stephan, III |

| FIRM |
| --- |
| Dowd & Dowd, Ltd. |

| STREET ADDRESS |
| --- |
| 617 W. Fulton St. |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6231315 | (312) 762-9517 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐