## United States District Court for the Northern District of Illinois

Case Number: 08cv4245              Assigned/Issued By: j. n.

Judge Name:                        Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__5__ Original and __0__ copies on __8-4-08__ as to __mary falat-schulman (2
                                   (Date)
different addresses) jerry schulman (2 different addresses); town

trucking company__

---

C:\wpwin80\docket\feeinfo.frm    03/14/05