

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 CV 4245

Clarendon National Insurance Company V. Maria Medina, Guillermo Medina, Town Trucking Company, Jerry Schulman and Mary Falat-Schulman, Co-Administrators of the Estate of Michael W. Schulman, Deceased.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jerry Schulman and Mary Falat-Schulman, Co-Administrators of the Estate of Michael W. Schulman, Deceased.

FILED
AUG 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> William L. Barr, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Hilfman, Martin & Barr, P.C. | |
| STREET ADDRESS <br> 33 N. Dearborn St., Suite 1700 | |
| CITY/STATE/ZIP <br> Chicago, Il., 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 34604 | TELEPHONE NUMBER <br> 312-236-5207 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |