## *United States District Court for the Northern District of Illinois*

Case Number: 08CV4245      Assigned/Issued By: DAJ

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☑ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
  (Type of Writ)

_3_ Original and _3_ copies on _08/06/08_ as to _GUILLERMO MEDINA,_
                                    (Date)
MARIA MEDINA, TOWN TRUCKING

---

C:\wpwin80\docket\feeinfo.frm    03/14/05