AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS**
SUMMONS IN A CIVIL CASE

CLARENDON NATIONAL INSURANCE
COMPANY

CASE NUMBER:  08-CV-04245

V.

ASSIGNED JUDGE:  Kendall

MARIA MEDINA, GUILLERMO MEDINA, TOWN
TRUCKING COMPANY, JERRY SCHULMAN and MARY
FALAT-SCHULMAN, Co-Administrators of the
Estate of MICHAEL WALTER SCHULMAN, Deceased

DESIGNATED
MAGISTRATE JUDGE:  Mason

TO: (Name and address of Defendant)

Guillermo Medina
2103 S. 49th Ct.
Cicero, IL 60804

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edmund A. Stephan, III
Dowd & Dowd, Ltd.
617 W. Fulton St.
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*J. Cervantes*

(By) DEPUTY CLERK



**August 13, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 8/15/2008 |
| NAME OF SERVER (PRINT) JOSEPH REEDER | TITLE P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: MARIA MEDINA, 2103 S. 49th CT, CICERO, IL

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/15/08
             Date          Signature of Server

241 MILLINGTON LN, AURORA IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.