## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Clarendon National Insurance Company
                              Plaintiff,

v.                                            Case No.: 1:08−cv−04245
                                              Honorable Virginia M. Kendall

Maria Medina, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

MINUTE entry before the Honorable Virginia M. Kendall:The parties' telephonic request to reset the status hearing is granted. Status hearing date of 9/23/2008 is reset for 9/17/2008 at 09:00 AM. The parties are directed to file the joint status report by 9/12/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.